UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

UNITED STATES OF AMERICA

2010 FEB 24 PM 2:50

v.

CASE NO. 3:10-cr-54-J-34TEM
Ct. 1: 18 U.S.C. § 844(e)

BARBARA ANN WINTON
  a/k/a "Barbara Ann Carroll"
  a/k/a "Ann Shabelli"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about August 27, 2007, in Sumter County and Duval County, in the Middle District of Florida,

BARBARA ANN WINTON
a/k/a "BARBARA ANN CARROLL"
a/k/a "ANN SHABELLI",

the defendant herein, did knowingly and willfully, by means and use of an instrument of interstate commerce, that is, a cellular telephone, threaten to unlawfully destroy a building by means of fire and explosives, specifically, by stating in substance that a bomb was going to explode at the Jacksonville International Airport.

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
KEVIN C. FREIN
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. 2008-03

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BARBARA ANN WINTON
a/k/a "Barbara Ann Carroll"
a/k/a "Ann Shabelli"

## INDICTMENT

Violations:

18 U.S.C. § 844(e)

A true bill,

_____
Foreperson

Filed in open court this 24th day

of February, 2010.

_____
Clerk

Bail  $ _____

GPO 863 525